

**Miguel Velazquez**   11cv1689-MMA(NLS)

**-v-**

**Paul St. Amant**

**STRICKEN DOCUMENT**

**5**