Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
4129 Main Street, Suite B8
Riverside, CA 92501
(951) 784-7770
(619) 297-1022

Attorneys for Miguel Velasquez

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Miguel Velasquez,**<br><br>                    Plaintiff,<br><br>v.<br><br>**Paul St. Amant dba Law Offices of Paul St. Amant; County Filing,**<br><br>                    Defendants. | Case Number: 11-CV-1689 MMA NLS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.  The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 60 days.  Plaintiff request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after June 30, 2012 for filing a joint dismissal.

Respectfully submitted,

**HYDE & SWIGART**

Date: May 2, 2012                                         By: /s/ Andrea Darrow Smith