Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
4129 Main Street, Suite B8
Riverside, CA 92501
Telephone:   (951) 784-7770
Facsimile:   (619) 297-1022

Attorneys for Miguel Velasquez

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIGUEL VELASQUEZ,**<br><br>         Plaintiff,<br><br>v.<br><br>**PAUL ST. AMANT D.B.A. LAW OFFICES OF PAUL ST. AMANT; COUNTY FILING**<br><br>         Defendant. | **Case No: 11-CV-01689 MMA (NLS)**<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT PAUL ST. AMANT D.B.A. LAW OFFICES OF PAUL ST. AMANT; COUNTY FILING, PURSUANT TO F.R.C.P. 41(a)**<br><br>**HON. MICHAEL M. ANELLO** |

HYDE & SWIGART
San Diego, California

1       Plaintiff Miguel Velasquez (hereinafter "Plaintiff") hereby moves to dismiss

2  this action against Defendant PAUL ST. AMANT D.B.A. LAW OFFICES OF PAUL ST.

3  AMANT, only (hereinafter "Defendant") (and jointly hereinafter referred to as "the

4  Parties") with prejudice.

5       Plaintiff respectfully requests the action be dismissed WITH PREJUDICE as

   to Defendant Paul St. Amant d.b.a. Law Offices of Paul St. Amant.

6

7

8  Dated: July 2, 2012                    **HYDE & SWIGART**

9

10                             By:  /s Andrea Darrow Smith

11                                Andrea Darrow Smith

                                 Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HYDE & SWIGART**
San Diego, California

---

**Notice of Voluntary Dismissal**        **- 2 of 2 -**        **11-CV-01689 MMA (NLS)**