*Velasquez v. St. Amant*
United States District Court Southern District of California
Case No. 11-CV-1689-MMA-NLS

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s):

- PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT PAUL ST. AMANT D.B.A. LAW OFFICES OF PAUL ST. AMANT; COUNTY FILING, PURSUANT TO F.R.C.P. 41(a)

On the interested parties in said case addressed as follows:

**Paul St. Amant**
**California Litigation & Arbitration**
3633 Inland Empire Blvd., Tower 1, Ste. 145
Ontario, CA 91764

☐ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

☐ BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused such envelope to be delivered by hand to the offices of addressee.

☐ BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 297-1022 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

☒ ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 6, 2012, at San Diego, California.

Viviana Salazar Sherman